IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

EARNEST LEE WALKER, SR.,       )
                               )
        Plaintiff,             )
                               )        CIVIL ACTION NO.
        v.                     )         2:11cv614-MHT
                               )
CHERYL PRICE,                  )
                               )
        Defendant.             )

ORDER

    After and independent and de novo review of the
record, it is the ORDER, JUDGMENT, and DECREE of the court
as follows:

    (1) Plaintiff's objection (doc. no. 7) is overruled.

`   (2) The magistrate judge's recommendation (doc. no.
        6) is adopted.

    (3) This cause is transferred to the United States
        District for the Northern District of Alabama.

    The clerk of the court is DIRECTED to take appropriate
steps to effect the transfer.

This case is closed in this court.

DONE, this the 29th day of September, 2011.


              /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE